**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MONO-SYSTEM, INC.,** *et al.*,

      **Plaintiff,**

v.                                             Civil Action 2:22-cv-3456
                                                    Judge Edmund A. Sargus, Jr.
                                                      Magistrate Judge Elizabeth P. Deavers

**NIEDAX MOMOSYSTEMS, INC.,**

      **Defendant.**

## PRELIMINARY PRETRIAL ORDER

Based upon the parties' Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the Court **ADOPTS** the following schedule:

INITIAL DISCLOSURES

Any initial disclosures shall be made by **DECEMBER 16, 2022**.

VENUE AND JURISDICTION

There are no issues related to venue or jurisdiction.

PARTIES AND PLEADINGS

Any motion to amend the pleadings or to join additional parties shall be filed by **JULY 1, 2023**.

ISSUES

Plaintiffs, sellers of certain assets under the Asset Purchase Agreement (the "Agreement") between Sellers and Buyer, dated December 16, 2020, bring this action seeking specific performance of that Agreement, damages for its breach, and equitable relief.

Niedax Monosystems, Inc. brings its Counterclaims to recover damages it is entitled to under the Agreement, claiming breach of the Agreement and, in the alternative, unjust enrichment and promissory estoppel.

There is a jury demand.

DISCOVERY PROCEDURES

All discovery shall be completed by **JULY 28, 2023**. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.

Any proposed protective order or clawback agreement shall be filed with the Court by **DECEMBER 23, 2022**. A Word version of the proposed protective order should be sent to [deavers_chambers@ohsd.uscourts.gov](mailto:deavers_chambers@ohsd.uscourts.gov), for the Undersigned's signature.  Any provision related to sealing must comply with S.D. Ohio Civ. R. 5.2.1.  Form protective orders are available on the Court's website.

DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by **NOVEMBER 30, 2023**.

EXPERT TESTIMONY

Primary expert reports must be produced by **AUGUST 31, 2023**. Rebuttal expert reports must be produced by **SEPTEMBER 29, 2023**. If the expert is specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(B), unless otherwise agreed to by the parties.  If the expert is not specifically retained, the reports must conform to Fed. R. Civ. P. 26(a)(2)(C), unless otherwise agreed to by the parties.  Pursuant to Fed. R. Civ. P. 26(b)(4)(A), leave of court is not required to depose a testifying expert.

SETTLEMENT

Plaintiff shall make a settlement demand by **AUGUST 1, 2023**. Defendants shall respond by **AUGUST 16, 2023**.  The parties agree to make a good faith effort to settle this case.  The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference in **NOVEMBER 2023**.  In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference.  The parties understand that they will be expected to comply fully with the settlement order which requires *inter alia* that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

OTHER MATTERS

None.

If the foregoing does not accurately record the matters considered and the agreements reached at the conference, counsel will please immediately make their objection in writing. If any date set in this order falls on a Saturday, Sunday or legal holiday, the date is automatically deemed to be the next regular business day.

**IT IS SO ORDERED.**


**Date: December 13, 2022**         */s/ Elizabeth A. Preston Deavers*
                                    **ELIZABETH A. PRESTON DEAVERS**
                                    **UNITED STATES MAGISTRATE JUDGE**